**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43468-ERW |
| | § | |
| AMANDA LYNN RAY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 05/03/2011, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/07/2011    By: /s/ David P. Leibowitz
                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| In re: | § | Case No. 09-43468-ERW |
|---|---|---|
| AMANDA LYNN RAY | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $8,671.30
*and approved disbursements of*     $6,661.32
*leaving a balance on hand of*[1] :     $2,009.98

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,009.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $205.64 | $0.00 | $205.64 |
| David Leibowitz, Trustee Expenses | $65.48 | $0.00 | $65.48 |

Total to be paid for chapter 7 administrative expenses:     $271.12
Remaining balance:     $1,738.86

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|   |   | Remaining balance: | $1,738.86 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $1,738.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $548.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | METABANK-FINGERHUT | $393.90 | $0.00 | $393.90 |
| 2 | i/c/o AT&T Attorney: James Grudus, Esq. | $155.03 | $0.00 | $155.03 |

|   | Total to be paid to timely general unsecured claims: | $548.93 |
|---|---|---|
|   | Remaining balance: | $1,189.93 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|   | Remaining balance: | $1,189.93 |

**UST-Form 101-7-NFR (10/1/2010)**

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $1,189.93 |

   To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

   The amount of surplus returned to the debtor(s) after payment of all claims and interest is $1,187.32.

            Prepared By: /s/ David P. Leibowitz
                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-43468-ERW
Amanda Lynn Ray                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 1          Date Rcvd: Apr 08, 2011
                              Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2011.

```
db         +Amanda Lynn Ray,    4613 S Drexel Blvd,   APT# 2B,   Chicago, IL 60653-4322
aty        +Jonathan D Parker,    Geraci Law L.L.C.,   55 East Monroe St. Suite #3400,
             Chicago, IL 60603-5920
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15744422   +% AT&T Attorney: James Grudus, Esq.,    AT&T Inc.,   One AT&T Way, Room 3A218,
             Bedminster, NJ 07921-2694
14731926   +AT&T,    Bankruptcy Dept.,    1585 Waukegan Road,   Waukegan, IL 60085-6727
14731914   +Baker & Miller,    50 W. Washington St., Rm. 1001,   Chicago, IL 60602-1316
14731917   +Check n'Go,    Attn: Bankruptcy Dept.,   8357 S Cottage Grove,   Chicago, IL 60619-5905
14731913   +Clerk, First Mun Div,    Doc #2008 M1 203192,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
14731909   +Comcast,    C/O Credit Protection ASSO,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
14731912   +Credit Acceptance,    Attn: Bankruptcy Dept.,   PO Box 513,   Southfield, MI 48037-0513
14731919   +Fingerhut,    Bankruptcy Department,    PO Box 1250,   St. Cloud, MN 56395-1250
14731918   +First Cash Advance,    Bankruptcy Department,   1916 E. 95th St.,   Chicago, IL 60617-4787
14731922   +First Cash Financial,    Attn: Bankruptcy Dept.,   PO BOX 910,   Euless, TX 76039-0910
14731921   +First National Coll. Bureau,    c/o Cross Country Bank,   610 Waltham Way,   Sparks, NV 89434-6695
14731915   +First Rate Financial,    Attn: Bankruptcy Dept.,   1507 E 87th st,   Chicago, IL 60619-6524
14731925   +IL Dept. of Healthcare & Fam.,    Bankruptcy Department,   509 S. 6th St.,
             Springfield, IL 62701-1825
14731920   +Keynote Consulting,    c/o Webster Dental,   220 W Campus Drive # 102,
             Arlington Heights, IL 60004-1498
15397510   +METABANK-FINGERHUT,    6250 RIDGEWOOD RD,    ST. CLOUD MN 56303-0820
14731908   +Maroon Financial Credit,    Attn: Bankruptcy Dept.,   5801 S Ellis Ave Ste 5,
             Chicago, IL 60637-1697
14731927   +NCO Financial System,    Bankruptcy Department,   PO Box 15630,   Wilmington, DE 19850-5630
14731916   +Pay Day Loans Inc.,    Bankruptcy Department,   8832 S. Cicero,   Oaklawn, IL 60453-1350
14731924    Publishers Clearing House,    Bankruptcy Department,   PO Box 26300,
             Lehigh Valley, PA 18002-6300
14731923   +Quest Diagnostics,    Bankruptcy Department,   PO Box 64804,   Baltimore, MD 21264-4804
14731911   +SBC,   C/O Collection Company OF,    700 Longwater Dr,   Norwell, MA 02061-1624
14731910   +TCF BANK,    C/O Professnl ACCT MGMT IN,   633 W Wisconsin Ave Ste,   Milwaukee, WI 53203-1918
14731929   +Vision Hair Salon,    1517 E 87th St,   Chicago, IL 60619-6524
14731928   +Vital Products,    Attn: Bankruptcy Dept.,   4332 N California,   Chicago, IL 60618-1514
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2011**          **Signature:** _Joseph Speetjens_