UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-43468-ERW |
|---|---|---|
| AMANDA LYNN RAY | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,100.00 | Assets Exempt: | $8,761.32 |
| Total Distributions to Claimants: | $548.93 | Claims Discharged Without Payment: | $13,026.00 |
| Total Expenses of Administration: | $567.91 | | |

3) Total gross receipts of $8,671.39 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $7,554.55 (see **Exhibit 2**), yielded net receipts of $1,116.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $567.91 | $567.91 | $567.91 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,581.00 | $548.93 | $548.93 | $548.93 |
| **Total Disbursements** | $13,581.00 | $1,116.84 | $1,116.84 | $1,116.84 |

4). This case was originally filed under chapter 7 on 11/17/2009. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2011          By: /s/ David P. Leibowitz
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Federal Tax Refund | 1224-000 | $8,670.00 |
| Interest Earned | 1270-000 | $1.39 |
| **TOTAL GROSS RECEIPTS** | | **$8,671.39** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Amanda Lynn Ray | Exemptions | 8100-002 | $6,661.32 |
| RAY, AMANDA LYNN | Surplus Funds | 8200-002 | $893.23 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,554.55** |

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $502.43 | $502.43 | $502.43 |
| David Leibowitz, Trustee | 2200-000 | NA | $65.48 | $65.48 | $65.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $567.91 | $567.91 | $567.91 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | METABANK-FINGERHUT | 7100-000 | $400.00 | $393.90 | $393.90 | $393.90 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | i/c/o AT&T Attorney: James Grudus, Esq. | 7100-000 | $155.00 | $155.03 | $155.03 | $155.03 |
| | Check n'Go | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Comcast | 7100-000 | $315.00 | NA | NA | $0.00 |
| | Credit Acceptance | 7100-000 | $7,128.00 | NA | NA | $0.00 |
| | Dept. of Healthcare & Fam. | 7100-000 | $25.00 | NA | NA | $0.00 |
| | First Cash Advance | 7100-000 | $450.00 | NA | NA | $0.00 |
| | First Cash Financial | 7100-000 | $700.00 | NA | NA | $0.00 |
| | First National Coll. Bureau | 7100-000 | $700.00 | NA | NA | $0.00 |
| | First Rate Financial | 7100-000 | $700.00 | NA | NA | $0.00 |
| | Keynote Consulting | 7100-000 | $150.00 | NA | NA | $0.00 |
| | Maroon Financial Credit | 7100-000 | $504.00 | NA | NA | $0.00 |
| | Pay Day Loans Inc. | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Publishers Clearing House | 7100-000 | $41.00 | NA | NA | $0.00 |
| | Quest Diagnostics | 7100-000 | $99.00 | NA | NA | $0.00 |
| | SBC | 7100-000 | $155.00 | NA | NA | $0.00 |
| | TCF BANK | 7100-000 | $73.00 | NA | NA | $0.00 |
| | Vision Hair Salon | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Vital Products | 7100-000 | $186.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,581.00 | $548.93 | $548.93 | $548.93 |

**FORM 1**
Page No: 1
Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-43468-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | RAY, AMANDA LYNN | | **Date Filed (f) or Converted (c):** | 11/17/2009 (f) |
| **For the Period Ending:** | 7/28/2011 | | **§341(a) Meeting Date:** | 12/30/2009 |
| | | | **Claims Bar Date:** | 06/28/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | University of Chicago Credit Union | $100.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Household goods; TV, VCR, stereo, sofa, vacuum, | $1,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | Books, Compact Discs, Tapes/Records, Family Pict | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Necessary wearing apparel. | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Earrings, watch, costume jewelry | $250.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Term Life Insurance - No Cash Surrender Value. | $0.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | Federal Tax Refund (u) | $0.00 | $2,008.68 | DA | $8,670.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | DA | $1.39 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$2,100.00     $2,008.68     $8,671.39     $0.00

**Major Activities affecting case closing:**
09 tax return recvd-debtor receiving refund of $8670
TFR In Progress

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/12/2011 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 04/12/2011 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-43468-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | RAY, AMANDA LYNN | **Bank Name:** The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******6555 | **Money Market Acct #:** ******8265 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 11/17/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/28/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********8265 | 9999-000 | $2,008.88 | | $2,008.88 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.09 | | $2,008.97 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.12 | | $2,009.09 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.09 | | $2,009.18 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,009.18 | $0.00 |
| | | | **TOTALS:** | | $2,009.18 | $2,009.18 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,008.88 | $2,009.18 | |
| | | | **Subtotal** | | $0.30 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.30 | $0.00 | |

| For the period of 11/17/2009 to 7/28/2011 | | For the entire history of the account between 04/06/2010 to 7/28/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.30 | Total Compensable Receipts: | $0.30 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.30 | Total Comp/Non Comp Receipts: | $0.30 |
| Total Internal/Transfer Receipts: | $2,008.88 | Total Internal/Transfer Receipts: | $2,008.88 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,009.18 | Total Internal/Transfer Disbursements: | $2,009.18 |

Case 09-43468   Doc 29   Filed 08/17/11   Entered 08/17/11 16:21:46   Desc Main
Document      Page 7 of 10

**FORM 2**     Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-43468-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | RAY, AMANDA LYNN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******6555 | | **Money Market Acct #:** | ******8265 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 11/17/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/28/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/09/2010 | (7) | United States Treasury | | 1224-000 | $8,670.00 | | $8,670.00 |
| 03/15/2010 | 1001 | Amanda Lynn Ray | Portion due to Debtor from Fed Tax Refund | 8100-002 | | $6,661.32 | $2,008.68 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.19 | | $2,008.87 |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.01 | | $2,008.88 |
| 04/06/2010 | | Wire out to BNYM account 000270058265 | Wire out to BNYM account 000270058265 | 9999-000 | | $2,008.88 | $0.00 |
| | | | **TOTALS:** | | $8,670.20 | $8,670.20 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,008.88 | |
| | | | **Subtotal** | | $8,670.20 | $6,661.32 | |
| | | | **Less: Payments to debtors** | | $0.00 | $6,661.32 | |
| | | | **Net** | | $8,670.20 | $0.00 | |

| For the period of **11/17/2009** to **7/28/2011** | | For the entire history of the account between **03/09/2010** to **7/28/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,670.20 | Total Compensable Receipts: | $8,670.20 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,670.20 | Total Comp/Non Comp Receipts: | $8,670.20 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $6,661.32 | Total Non-Compensable Disbursements: | $6,661.32 |
| Total Comp/Non Comp Disbursements: | $6,661.32 | Total Comp/Non Comp Disbursements: | $6,661.32 |
| Total Internal/Transfer Disbursements: | $2,008.88 | Total Internal/Transfer Disbursements: | $2,008.88 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-43468-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | RAY, AMANDA LYNN | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******6555 | | Checking Acct #: | ******3468 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/17/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/28/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/04/2011 | | Transfer From: #******3468 | | 9999-000 | $2,010.07 | | $2,010.07 |
| 05/04/2011 | 2001 | David Leibowitz | Trustee Expenses | 2200-000 | | $65.48 | $1,944.59 |
| 05/04/2011 | 2002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $502.43 | $1,442.16 |
| 05/04/2011 | 2003 | METABANK-FINGERHUT | Claim #: 1; Amount Claimed: 393.90; Amount Allowed: 393.90; Distribution Dividend: 100.00; | 7100-000 | | $393.90 | $1,048.26 |
| 05/04/2011 | 2004 | i/c/o AT&T Attorney: James Grudus, Esq. | Claim #: 2; Amount Claimed: 155.03; Amount Allowed: 155.03; Distribution Dividend: 100.00; | 7100-000 | | $155.03 | $893.23 |
| 05/04/2011 | 2005 | RAY, AMANDA LYNN | Claim #: ; Amount Claimed: 1,187.32; Amount Allowed: 1,187.32; Distribution Dividend: 75.23; | 8200-002 | | $893.23 | $0.00 |
| | | | **TOTALS:** | | $2,010.07 | $2,010.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,010.07 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,010.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $893.23 | |
| | | | **Net** | | $0.00 | $1,116.84 | |

| For the period of 11/17/2009 to 7/28/2011 | | For the entire history of the account between 05/04/2011 to 7/28/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,010.07 | Total Internal/Transfer Receipts: | $2,010.07 |
| | | | |
| Total Compensable Disbursements: | $1,116.84 | Total Compensable Disbursements: | $1,116.84 |
| Total Non-Compensable Disbursements: | $893.23 | Total Non-Compensable Disbursements: | $893.23 |
| Total Comp/Non Comp Disbursements: | $2,010.07 | Total Comp/Non Comp Disbursements: | $2,010.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-43468-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | RAY, AMANDA LYNN | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******6555 | **Money Market Acct #:** ******3468 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** MMA |
| **For Period Beginning:** | 11/17/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/28/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,009.18 | | $2,009.18 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,009.20 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.09 | | $2,009.29 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.09 | | $2,009.38 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.08 | | $2,009.46 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.09 | | $2,009.55 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.08 | | $2,009.63 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.09 | | $2,009.72 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.09 | | $2,009.81 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.08 | | $2,009.89 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,009.98 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.08 | | $2,010.06 |
| 05/04/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 5/4/2011 | 1270-000 | $0.01 | | $2,010.07 |
| 05/04/2011 | | Transfer To: #******3468 | | 9999-000 | | $2,010.07 | $0.00 |
| | | | **TOTALS:** | | $2,010.07 | $2,010.07 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,009.18 | $2,010.07 | |
| | | | **Subtotal** | | $0.89 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.89 | $0.00 | |

| For the period of 11/17/2009 to 7/28/2011 | | For the entire history of the account between 06/25/2010 to 7/28/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.89 | Total Compensable Receipts: | $0.89 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.89 | Total Comp/Non Comp Receipts: | $0.89 |
| Total Internal/Transfer Receipts: | $2,009.18 | Total Internal/Transfer Receipts: | $2,009.18 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,010.07 | Total Internal/Transfer Disbursements: | $2,010.07 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-43468-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | RAY, AMANDA LYNN | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******6555 | | **Money Market Acct #:** | ******3468 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 11/17/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 7/28/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,671.39 | $8,671.39 | $0.00 |

**For the period of 11/17/2009 to 7/28/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,671.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,671.39 |
| Total Internal/Transfer Receipts: | $6,028.13 |
| | |
| Total Compensable Disbursements: | $1,116.84 |
| Total Non-Compensable Disbursements: | $7,554.55 |
| Total Comp/Non Comp Disbursements: | $8,671.39 |
| Total Internal/Transfer Disbursements: | $6,028.13 |

**For the entire history of the case between 11/17/2009 to 7/28/2011**

| | |
|---|---|
| Total Compensable Receipts: | $8,671.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,671.39 |
| Total Internal/Transfer Receipts: | $6,028.13 |
| | |
| Total Compensable Disbursements: | $1,116.84 |
| Total Non-Compensable Disbursements: | $7,554.55 |
| Total Comp/Non Comp Disbursements: | $8,671.39 |
| Total Internal/Transfer Disbursements: | $6,028.13 |